IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH FRANKLIN EVERETT, SR.,  ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-365-F |
| ) | WO |
| OFFICER THRASHER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on April 21, 2005 (Doc. #4), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that:

1. The plaintiff's claim against Kencherlo Brown and Michael Young is DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

2. Kencherlo Brown and Michael Young are DISMISSED as defendants in this cause of action.

3. This case, with respect to the plaintiff's failure to protect claim against defendants Thrasher and Henrey, is referred back to the Magistrate Judge for appropriate proceedings.

DONE this 27th day of May, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE