IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH FRANKLIN EVERETT, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-365-F |
| ) | WO |
| ) | |
| OFFICER THRASHER, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On April 19, 2005, Joseph Franklin Everett, Sr. ("Everett"), a county inmate, filed this complaint under 42 U.S.C. § 1983. On June 10, 2005 and June 15, 2005, this court entered orders, copies of which the Clerk mailed to the plaintiff. Postal authorities returned these orders because the plaintiff was no longer at the address he had provided for service. In the order of procedure entered in this case, the court specifically instructed the plaintiff to immediately inform the court of any new address. *See Order of April 21, 2005 - Court Document No. 3* at 4. In light of Everett's failure to comply with this directive, the court entered an order requiring "that on or before June 27, 2005, the plaintiff . . . show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action." *Order of June 16, 2005 - Court Doc. No. 14*. The order specifically cautioned Everett that his failure to comply with such order would result in a recommendation that this case be dismissed. *Id*. As of the present date, Everett

has filed nothing in response to the June 16, 2005 order. The court therefore concludes that this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to prosecute this action and his failure to comply with the orders of this court.

It is further

ORDERED that on or before July 13, 2005, the parties shall file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed

down prior to the close of business on September 30, 1981.

     Done this 30th day of June, 2005.


                                        /s/Charles S. Coody
                                 CHARLES S. COODY
                                 CHIEF UNITED STATES MAGISTRATE JUDGE