IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH FRANKLIN EVERETT, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05cv365-F |
| ) | WO |
| OFFICER THRASHER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

On June 20, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is adopted and that this case is DISMISSED without prejudice for Plaintiff's failure to properly prosecute this action and comply with the orders of this court.

Done this the 27th day of July 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE